## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ) | CASE NO. 16-20960 (JJT) |
| WALNUT HILL, INC., ) | |
| ) | |
| DEBTOR. ) | |
| ) | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ) | |
| WALNUT HILL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 18-02025 |
| ) | |
| RICHARD PLATSCHEK, SOLOMON ) | |
| ABRAMCZYK, BENJAMIN LANDA, WALNUT ) | |
| HILL MANAGEMENT COMPANY, LLC, ) | |
| TYTY, LLC, and PEARL STAFFING, LLC ) | |
| ) | |
| Defendants. ) | |

### WAIVER OF THE SERVICE OF SUMMONS

To: Lawrence S. Grossman, Esq., attorney for the Plaintiff, Bonnie C. Mangan, Chapter 7 Trustee for the Estate of Walnut Hill, Inc.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you (which does not apply because it is being returned electronically).

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Federal Rule of Bankruptcy Procedure 7012 within the time period specified in the summons issued in this action. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date:

SOLOMON ABRAMCZYK
TYTY, LLC
PEARL STAFFING, LLC

By: _____
Richard LaBrecque
GRADY & RILEY, LLP
86 Buckingham Street
Waterbury, CT 06710
Tel: 203-575-1131
Fax: 203-754-1675
Email: rlabrecque@gradyriley.com